Door Corp., Plaintiff, v Bib Construction Company, Inc., Defendant. (Action No. 2.) Firemans Insurance Company of Newark, New Jersey, Appellant, v City of Poughkeepsie et al., Respondents, et al., Defendants. (Action No. 3.) [687 NYS2d 284] —In three related actions, *inter alia*, for a judgment declaring the rights of the parties and to recover damages for breach of contract, the plaintiff in Action No. 3, Firemans Insurance Company of Newark, New Jersey, appeals, by permission, from an order of the Supreme Court, Dutchess County (Beisner, J.), entered December 10, 1997, which, upon a prior order of the same court, granting the motion of the defendant City of Poughkeepsie for letters rogatory and an open commission to obtain discovery from the nonparty Kraus-Anderson Construction Company, directed the nonparty Kraus-Anderson Construction Company to produce documents to certain defendants in Action No. 3 to which the appellant asserts a claim of privilege.

■ Bib Construction Company, Inc., Plaintiff, v City of Poughkeepsie et al., Defendants. (Action No. 1.) Director Door Corp., Plaintiff, v Bib Construction Company, Inc., Defendant. (Action No. 2.) Firemans Insurance Company of Newark, New Jersey, Appellant, v City of Poughkeepsie et al., Respondents, et al., Defendants. (Action No. 3.) [687 NYS2d 285] —In three related actions, *inter alia*, for a judgment declaring the rights of the parties and to recover damages for breach of contract, the plaintiff in Action No. 3, Firemans Insurance Company of Newark, New Jersey, appeals, as limited by its brief, from so much of an order of the Supreme Court, Dutchess County (Beisner, J.), dated July 2, 1998, as denied its motion, *inter alia*, for a protective order.

Ordered that the order is affirmed insofar as appealed from, with costs.

In view of our determination in *Firemans Ins. Co. v City of Poughkeepsie* (260 AD2d 590 [decided herewith]), we find that the Supreme Court properly denied that branch of the plaintiff's motion which was for a protective order. We also find no merit to the plaintiff's remaining contentions. Bracken, J. P., Thompson, Altman and Krausman, JJ., concur.